UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Perparim Mefaj, *et al.*,

    Plaintiffs,

v.                                                                            Case No.  14-13486

IndyMac FSB, *et al.*,                                         Honorable Sean F. Cox

    Defendants.
_____/

## ORDER ADOPTING
## 4/23/15 REPORT AND RECOMMENDATION

Plaintiffs filed this action asserting claims against multiple Defendants.  On September 19, 2014, Defendants filed a Motion to Dismiss.  That motion was referred to Magistrate Judge Mona Majzoub for a Report and Recommendation.

On April 23, 2015, Magistrate Judge Majzoub issued a Report and Recommendation (Docket Entry No. 9) wherein she recommends that: 1) the Motion to Dismiss be granted with regard to Defendants' request that the Court dismiss Plaintiffs' complaint with prejudice; and 2) the motion be denied as to Defendants' request for costs and attorney fees.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

1

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the April 23, 2015 R&R.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss is GRANTED to the extent that Plaintiffs' Complaint is DISMISSED WITH 3273 PREJUDICE. The motion is denied in all other respects.

IT IS SO ORDERED.

                                                  S/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: May 14, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 14, 2015, by electronic and/or ordinary mail.

                                                  S/Jennifer McCoy
                                                  Case Manager